MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
THORNDAL ARMSTRONG, PC
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
Tel.: (702) 366-0622
Fax: (702) 366-0327
mch@thorndal.com

*Attorneys for Defendants*
*BIG 5 CORP. dba BIG 5 SPORTING*
*GOODS and BESTWAY (USA), INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN R. MCNAIR, individually,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BIG 5 CORP. dba BIG 5 SPORTING GOODS, a California Corporation; BESTWAY (USA) INC., an unknown Corporation; DOES I through XX; ROE Manufacturers; ROE Distributors, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>　　　　　Defendants. | CASE NO.  2:23-cv-00819-JCM-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff KEVIN R. MCNAIR and Defendants BIG 5 CORP. dba BIG 5 SPORTING GOODS and BESTWAY (USA) INC., by and through their respective undersigned counsel of record, that Plaintiff's Complaint, including all claims and causes of action alleged therein or which could have been alleged therein as against any and all Defendants, be dismissed with prejudice; and that each stipulating Party is to bear their own attorney fees, costs and expenses.  This Stipulation resolves

. . .

. . .

. . .

the matter in its entirety and the parties stipulate and request the Court vacate all deadlines and that the matter be closed.

**IT IS SO STIPULATED**.

DATED this 17th day of November 2023.

HANRATTY LAW GROUP

*/s/ Kevin M. Hanratty, Esq.*
KEVIN M. HANRATTY, ESQ.
Nevada Bar No. 7734
1815 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
*Attorney for Plaintiff*
KEVIN R. McNAIR

DATED this 17th day of November 2023.

THORNDAL ARMSTRONG, PC

*/s/ Michael C. Hetey, Esq.*
MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
1100 E. Bridger Avenue
Las Vegas, Nevada 89101
*Attorney for Defendants*
BIG 5 CORP. dba BIG 5 SPORTING GOODS and BESTWAY (USA), INC.

## ORDER

IT IS SO ORDERED. November 20, 2023.

_____
U.S. DISTRICT JUDGE

**Jennifer Hodge**

| | |
|---|---|
| **From:** | Kevin Hanratty <kevinh@hanrattylawgroup.com> |
| **Sent:** | Thursday, November 16, 2023 3:31 PM |
| **To:** | Michael C. Hetey; Carmen Lozano |
| **Cc:** | Jennifer Hodge; Alisha Watson |
| **Subject:** | RE: McNair v. Big 5 Corp. dba Big 5 Sporting Goods et al.  (settlement agreement and settlement check) |

Mr. Hetey,

I have reviewed the Stipulation for Dismissal and approve it.  You have my authority to use my electronic signature for filing with the Court.  Thanks.

*Kevin M. Hanratty, Esq.*

Attorney At Law

```
HANRATTY LAW GROUP
1815 Village Center Circle Ste 140
Las Vegas Nevada 89134

Office Telephone: (702) 821-1379
Office Facsimile: (702) 870-1846

E-mail: kevinh@hanrattylawgroup.com

NOTE:The information in this communication and any attached documents contain information
from the above corporation/law firm that may be confidential and/or privileged. If you
are not the intended recipient, or an agent responsible for delivering it to the intended
recipient, you may not read, copy, distribute or use this information. If you have
received this transmission in error, please notify the sender immediately by reply email
and then delete all electronic copies and destroy any hard copies.


In accordance with Internal Revenue Service Circular 230, we advise you that if this e-
mail contains any tax advice, such tax advice was not intended or written to be used and
it cannot be used, by any taxpayer for the purpose of avoiding penalties that may be
imposed on the taxpayer.
```

**From:** Michael C. Hetey <mch@thorndal.com>
**Sent:** Thursday, November 16, 2023 1:56 PM
**To:** Carmen Lozano <carmenl@hanrattylawgroup.com>
**Cc:** Kevin Hanratty <kevinh@hanrattylawgroup.com>; Jennifer Hodge <jxh@thorndal.com>; Alisha Watson <amw@thorndal.com>
**Subject:** RE: McNair v. Big 5 Corp. dba Big 5 Sporting Goods et al. (settlement agreement and settlement check)

Attached is the stipulation to dismiss the action with prejudice and close the matter.  If you can kindly review the stipulation and confirm whether we can affix your electronic signature it would be most appreciated.

1